UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 12, 2006

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 04-2489

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee,*<br><br>    *v.*<br><br>ELI SANTIAGO,<br>    *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 02 CR 384<br><br>Robert W. Gettleman,<br>*Judge.* |

### O R D E R

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker*, 543 U.S. 220 (2005), has limited the Sentencing Guidelines to advisory status. *See United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005).

The district judge has now replied that he cannot conclude that he would have imposed the same sentence on Santiago at the time of his original sentencing had he known that the Sentencing Guidelines were advisory and not binding. The parties' position statements in response to our invitation to comment on the district court's *Paladino* response agree that resentencing is appropriate. Accordingly, pursuant to *Paladino*, we VACATE Santiago's sentence and REMAND to the district court for resentencing.